Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 31 20 23

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERMAN HEREDIA-FELIX, and<br>FERNANDO MERCADO-CASTRO,<br><br>Defendants. | NO. **CR23-089 JCC**<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

**(Conspiracy to Distribute Controlled Substances)**

Beginning at a time unknown, and continuing until at least May 11, 2023, in King, Snohomish, and Skagit Counties, within the Western District of Washington, and elsewhere, GERMAN HEREDIA-FELIX and FERNANDO MERCADO-CASTRO and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: methamphetamine, N-phenyl-N-[1-(2-phenylethyl)-4-

Indictment - 1
*United States v. Heredia-Felix & Mercado-Castro*
USAO No. 2022R01003

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

piperidinyl] propanamide (fentanyl)], heroin, and cocaine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to GERMAN HEREDIA-FELIX and FERNANDO MERCADO-CASTRO, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl in violation of Title 21, United States Code, Sections 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 846.

## COUNT 2

### (Possession of Controlled Substances with Intent to Distribute)

On or about May 11, 2023, in Snohomish County, within the Western District of Washington, GERMAN HEREDIA-FELIX and FERNANDO MERCADO-CASTRO did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: methamphetamine, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl)], heroin, and cocaine, all substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

Indictment - 2
*United States v. Heredia-Felix & Mercado-Castro*
USAO No. 2022R01003

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and (C), and Title 18, United States Code, Section 2.

## COUNT 3

### (Unlawful Possession of a Firearm)

On or about May 11, 2023, in Snohomish County, within the Western District of Washington, GERMAN HEREDIA-FELIX, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year: *Possession of Heroin with the Intent to Distribute*, in United States District Court for the Western District of Washington, under case number CR12-376RAJ, on or about June 14, 2013, did knowingly possess, in and affecting interstate and foreign commerce, a firearm: (1) a Walther P22 .22 caliber pistol, (2) a Browning Buck Mark .22 caliber pistol, (3) a Norinco 54 7.62mm caliber pistol, and (4) a Springfield Armory Elite Operator .40 caliber pistol, all of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

### (Unlawful Possession of a Firearm)

On or about May 11, 2023, in Snohomish County, within the Western District of Washington, FERNANDO MERCADO-CASTRO, knowing himself to be an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm: a Smith and Wesson SD9 9mm pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

Indictment - 3
*United States v. Heredia-Felix & Mercado-Castro*
USAO No. 2022R01003

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 5

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 11, 2023, in Snohomish County, within the Western District of Washington, GERMAN HEREDIA-FELIX knowingly possessed a firearm: (1) a Walther P22 .22 caliber pistol, (2) a Browning Buck Mark .22 caliber pistol, (3) a Norinco 54 7.62mm caliber pistol, (4) a Colt .45 caliber pistol, and (5) a Springfield Armory Elite Operator .40 caliber pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 2 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either offense alleged in Counts 1 and 2, GERMAN HEREDIA-FELIX and FERNANDO MERCADO-CASTRO shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to, the following United States currency, firearms, and any associated ammunition, seized on or about May 11, 2023, from 1401 Merrill Creek Parkway, Apartment 9022, Everett, Washington, and a Chevrolet Impala, bearing Washington license plate CGF7123:

    a.    $260,808.00;

    b.    one Walther P22 .22 caliber pistol;

    c.    one Browning Buck Mark .22 caliber pistol;

    d.    one Norinco 54 7.62mm caliber pistol;

    e.    one Colt .45 caliber pistol;

f.    one Springfield Armory Elite Operator .40 caliber pistol; and

g.    one Smith and Wesson SD9 9mm pistol.

Upon conviction of either offense alleged in Counts 3 and 5, GERMAN HEREDIA-FELIX shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense. This property includes, but is not limited to, the following firearms and any associated ammunition, seized on or about May 11, 2023, from 1401 Merrill Creek Parkway, Apartment 9022, Everett, Washington:

a.    one Walther P22 .22 caliber pistol;

b.    one Browning Buck Mark .22 caliber pistol;

c.    one Norinco 54 7.62mm caliber pistol;

d.    one Colt .45 caliber pistol; and

e.    one Springfield Armory Elite Operator .40 caliber pistol.

Upon conviction of the offense alleged in Count 4, FERNANDO MERCADO-CASTRO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense. This property includes, but is not limited to, the following firearms and any associated ammunition, seized on or about May 11, 2023, from a Chevrolet Impala, bearing Washington license plate CGF7123:

a.    one Smith and Wesson SD9 9mm pistol.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or,

Indictment - 5
*United States v. Heredia-Felix & Mercado-Castro*
USAO No. 2022R01003

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:    ✓

DATED:    May 31, 2023

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

NICHOLAS W. BROWN
United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

_____

C. ANDREW COLASURDO
Assistant United States Attorney

Indictment - 6
*United States v. Heredia-Felix & Mercado-Castro*
USAO No. 2022R01003